IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF<br><br>The Internet Domain Names, more fully described in Attachment B, attached hereto and incorporated by reference. | Case No.<br><br>**Filed Under Restriction** |

## MOTION TO RESTRICT AFFIDAVIT

The United States of America, by and through John F. Walsh, United States Attorney for the District of Colorado, and Judith A. Smith, Assistant United States Attorney, moves for an Order restricting the Affidavit in Support of Application for Seizure Warrant, as well as this motion and any resulting order. This affidavit has been filed as part of a continuing investigation, and this motion is necessary to protect law enforcement information from disclosure and to prevent the further destruction of evidence.

WHEREFORE, the Government respectfully requests the entry of an Order restricting the Affidavit in Support of Application for Seizure Warrant, as well as this motion and any resulting order, as to all parties with the exception of the United States Attorney's Office and members of law enforcement.

Respectfully submitted this 18th day of June, 2013.

Respectfully submitted,

John F. Walsh
UNITED STATES ATTORNEY

*s/Judith A. Smith*
JUDITH A. SMITH
Assistant U.S. Attorney
U.S. Attorney's Office
1225 17th St., Ste. 700
Denver, CO 80202
Telephone: 303-454-0100
Fax:  303-454-0403
E-mail:  judith.smith3@usdoj.gov
Attorney for Government