IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF<br><br>The Internet Domain Names, more fully described in Attachment B, attached hereto and incorporated by reference. | Case No.<br><br>**Filed Under Restriction** |

### ORDER TO RESTRICT AFFIDAVIT

Upon the motion of the United States of America, and for good cause shown,

IT IS ORDERED that the Affidavit in Support of Application for Seizure Warrant, Motion to Restrict Affidavit, and this order are is restricted as to all parties with the exception of the United States Attorney's Office and members of law enforcement until further order.

DATED this __18th__ day of __June__, 2013.

_____
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO