# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 13-mc-00088-CBS

IN THE MATTER OF THE SEIZURE OF:

The Internet Domain Names, more fully
described in Attachment B, attached hereto and
incorporated by reference.

## ORDER

THIS MATTER coming before the Court upon motion of the government to unrestrict (doc. #6) in part, and the Court having considered the same,

IT IS HEREBY ORDERED that the motion is GRANTED. This case shall be UNSEALED, with the Application for Civil Seizure Warrant (containing the original affidavit) (doc. #1) to remain under a Level 3 Restriction until further order of the court. The clerk's office is instructed to file the government's tendered redacted affidavit (doc. 6-1) which will be available for public viewing.

DATED at Denver, Colorado, on June 26, 2013.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge